# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA COVERT, | |
| Plaintiff, | Case No. 2:09-cv-01203-PMP-PAL |
| vs. | **ORDER** |
| HOME DEPOT USA, INC., | |
| Defendant. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #16) filed March 16, 2010, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than September 10, 2010. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., October 21, 2010**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 7th day of October, 2010.

_____
Peggy A. Leen
United States Magistrate Judge