UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DIANA COVERT,

    Plaintiff(s),

    vs                          Case # 2:09-CV-1203-PMP-PAL

HOME DEPOT, INC., etc.,

    Defendant(s).            ORDER REFERRING CASE FOR
SETTLEMENT CONFERENCE

       This case is currently stacked on the calendar on **Tuesday, May 24, 2011,** for a Jury Trial.

       **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

       DATED this 22nd day of October, 2010.

*[signature]*

PHILIP M. PRO, U.S. DISTRICT JUDGE