ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
PERRY, SPANN & WESTBROOK
A Professional Corporation
1701 W. Charleston Blvd., #200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perryspann.com
Attorneys for Defendant
HOME DEPOT, U.S.A., INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA COVERT ) | |
| ) | Case No. 2:09-cv-1203-PMP-PAL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HOME DEPOT, INC. d/b/a HOME DEPOT ) | |
| #3306, a Delaware Corporation doing business ) | |
| in the State of Nevada; DOES I through X; and ) | |
| ROE CORPORATIONS I through X, inclusive, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND (PROPOSED) ORDER TO DISMISS WITH PREJUDICE AND TO VACATE SETTLEMENT CONFERENCE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs.

It is further Stipulated that the Settlement Conference on April 20, 2011, before

Page 1 of 2

Magistrate Judge Peggy A. Leen by vacated.

DATED this _____ day of April, 2011.

| RYAN, MERCALDO & WORTHINGTON | PERRY, SPANN & WESTBROOK |
|---|---|
| /s/ *Sarah K. Suter* | /s/ *Alan W. Westbrook* |
| SARAH K. SUTER, ESQ. | ALAN W. WESTBROOK, ESQ. |
| Nevada Bar No. 10774 | Nevada Bar No. 6167 |
| 5588 South Ft. Apace Rd., #110 | 1701 W. Charleston #200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89102 |
| Telephone: (702) 880-9222 | Telephone: (702) 870-2400 |
| Facsimile: (702) 862-9221 | Facsimile: (702) 870-8220 |
| E-Mail: ssuter@rmwfirm.com | E-Mail: awestbrook@perryspann.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## ORDER

IT IS SO ORDERED this __ 13th day of April, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE